# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARK C. MANNING, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:08-cv-1052 |
| ) | |
| v. ) | Judge Campbell |
| ) | |
| WAL-MART STORES EAST, L.P., ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between the parties have been resolved and that Plaintiff's Complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

_____
Honorable Todd J. Campbell
United States District Judge

Approved for Entry:


s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorney for Plaintiff


s/Kim Koratsky
Kim Koratsky (BPR No. 20163)
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive
Suite 800
Memphis, Tennessee 38120-4367
(901) 537-1000

Attorney for Defendant